| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>Court Address: 100 Jefferson County Parkway<br>Golden, Colorado 80401 | DATE FILED: May 26, 2022 11:10 AM<br>FILING ID: A3334F4ECAE9D<br>CASE NUMBER: 2022CV30599 |
| Plaintiff: CEDRIC BLACK<br><br>v.<br><br>Defendant: DOLLAR TREE STORES, INC. | ∆ **COURT USE ONLY** ∆ |
| | Case No. |
| Attorney for Plaintiff: Cedric Black<br><br>Attorney: Gorgy Alhasoon, Esq. (47505)<br>Amy E. Gaiennie, Esq. (24561)<br>Name: The Gaiennie Law Office, LLC<br>Address: 3801 E Florida Avenue, Suite 100<br>Denver, Colorado 80210<br>Phone No.: (303)455-5030<br>Fax No.: (303)455-0805<br>E-mail: Gorgy@amyglaw.com<br>Amy@amyglaw.com | Division:<br>Courtroom: |
| **COMPLAINT** | |

COMES NOW the Plaintiff Cedric Black, by and through counsel, The Gaiennie Law Office, LLC, and for his Complaint against Dollar Tree Stores, Inc., states and alleges as follows:

## GENERAL ALLEGATIONS

1. At all times relevant hereto, Plaintiff Cedric Black (hereinafter "Plaintiff") is a resident of the State of Colorado, residing at 8060 West 9th Avenue, Lakewood, Colorado 80214.

2. Upon information and belief, at all times relevant hereto, Defendant Dollar Tree Stores, Inc., (hereinafter "Defendant") owned the property where this incident took place. Defendant is a foreign corporation in good standing they have a principal office street address of 500 Volvo Parkway, Chesapeake, VA 23320. The Registered agent is as follows: Corporation Service Company, 1900 West Littleton Boulevard, Littleton, Colorado 80120.

3. The location where the incident took place is located at 7310 West 52nd Avenue, Suite Z, Space

    32, Arvada, Colorado 80002.

4. The torts complained of herein occurred in Jefferson County, Colorado.

5. Venue is proper in this Court pursuant to C.R.C.P. 98(c), as this claim arises from an incident which occurred in Jefferson County, State of Colorado.

6. This claim arises from an incident which occurred on March 1, 2021.

7. Plaintiff tripped and fell on a carpet tack that was not nailed down all the way.

8. Plaintiff tripped and fell causing injury to his right knee.

9. Defendant was negligent

10. Plaintiff was not negligent.

11. Plaintiff was injured as a result of the incident.

12. Plaintiff received medical treatment as a result of the incident.

13. As a direct, proximate, and foreseeable result of the negligence of the Defendant, Plaintiff suffered physical injuries; physical and emotional pain and suffering; loss of enjoyment of life; medical and doctor bills; loss of earnings.

## FIRST CLAIM FOR RELIEF
## PREMISES LIABILITY

14. Plaintiff hereby incorporates by reference all prior allegations set forth in his Complaint.

15. As the owner of the property and the entity legally responsible for the condition of the real property or circumstances existing on the real property, Defendant was, and at all relevant times, a "landowner" as defined in the Premises Liability Statute ("PLA"), C.R.S. § 13-21-115.

16. Plaintiff was/is an "invitee" of Defendant at the time of the March 1, 2021, incident, as defined by the PLA.

17. As a landowner responsible for the conditions existing on the property, Defendant had a duty of reasonable care under the PLA to protect invitees against dangerous conditions created by improperly maintained walking surfaces of which they knew or should have known.

18. Defendant breached its duty of reasonable care under the PLA proximately causing Plaintiff's injuries, damages, and losses; non-economic damages for inconvenience, pain and suffering and loss of independence; physical impairment and disfigurement; and economic losses for medical and other health care, loss of essential services, and other expenses.

## SECOND CLAIM FOR RELIEF
## IN THE ALTERNATIVE – NEGLIGENCE

19. Plaintiff hereby incorporates by reference all prior allegations set forth in his Complaint.

20. If Defendant claims to not be a landowner as defined by the PLA, then Plaintiff brings this claim for Negligence.

21. Defendant had a duty to inspect and maintain its property to keep it free from dangerous conditions.

22. Upon information and belief, Defendant failed inspect and maintain its property to keep it free from dangerous conditions.

23. Defendant's negligence caused Plaintiff to suffer from this incident.

24. Plaintiff was injured from the incident.

25. Defendant breached its duty of reasonable care causing Plaintiff's injuries, damages, and losses; non-economic damages for inconvenience, pain and suffering and loss of independence; physical impairment and disfigurement; and economic losses for medical and other health care, loss of essential services, and other expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. Judgment be entered against Defendant for a monetary sum, in an amount to be proven at trial;

B. Pre-judgment and post-judgment interest;

C. Costs of litigation, including expert witness fees; and

D. Such other and further relief as the court deems just and proper

Dated this 26th Day of May, 2022

                        Respectfully Submitted,

                        THE GAIENNIE LAW OFFICE, LLC

                        /s/ *Gorgy Alhasoon*

                        _____

                        Gorgy Alhasoon
                        ATTORNEY FOR PLAINTIFF

PLAINTIFF'S ADDRESS:

Cedric Black
8060 West 9th Avenue
Lakewood, Colorado 80214