IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01506-KLM

CEDRIC BLACK,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. All claims asserted by Plaintiff in this action are **DISMISSED with prejudice**, with each party to pay its own costs, expenses, and attorney fees. The Clerk of Court is directed to **CLOSE** this case.

    Dated:  November 2, 2022